Affirmed and Plurality, Concurring, and Dissenting Opinions filed January
6, 2011.

 

In The

 

Fourteenth Court of
Appeals

___________________

 

NO. 14-09-00677-CR

___________________

 

Joung Youn Kim, Appellant

 

V.

 

State of Texas, Appellee



 



 

On
Appeal from the County Criminal Court at Law No. 10

Harris County,
Texas



Trial Court Cause No. 1527031

 



 

 

CONCURRING OPINION

I join the plurality’s opinion on the first issue—whether the trial court
improperly commented on the weight of the evidence.  But, because it is unclear
that the plurality applied the correct standard of review in its harm analysis,
I merely concur with its treatment of the second issue.  Whether the correct
standard of review in the second issue is that applied by the plurality, the
“reasonably substantial relationship” test, or, as the dissent maintains, the
standard under Rule 44.2(a), I believe the result would be the same—there was
no harm.  The judgment should be affirmed.  

                                                                                                

 

 

 

 /s/      Jeffrey
V. Brown

                                                                                               Justice

 

 

Panel
consists of Justices Anderson, Frost, and Brown. (Anderson, J., plurality) (Frost,
J., dissenting).

Publish — Tex. R. App. P. 47.2(b).